UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COOPER ELECTRIC SUPPLY, LLC, d/b/a
COOPER ELECTRIC SUPPLY NY, LLC,

                Plaintiff,

                - against -

P & D ELECTRIC OF HUDSON VALLEY,
INC., et al.,

                Defendants.

**ORDER**

25-CV-476 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff initiated this action by filing a complaint on January 16, 2025 against P & D Electric of Hudson Valley, Inc. and Edward Pietrowski, Jr. ("Defendants"). (Doc. 1). The docket reflects that Defendant P & D Electric of Hudson Valley, Inc. was served on January 23, 2025 (Doc. 6), and Defendant Edward Pietrowski, Jr. was served on February 5, 2025 (Doc. 7). On March 3, 2025, Clerk's Certificates of Default were entered as to Defendants. (Doc 14; Doc. 15). There has been no activity on the docket by Plaintiff since the Clerk's Certificates of Default were entered.

    Accordingly, by April 8, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against Defendants.

    Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                  **SO ORDERED.**

Dated: White Plains, New York
        March 25, 2025

                                  _____
                                  PHILIP M. HALPERN
                                  United States District Judge