UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COOPER ELECTRIC SUPPLY, LLC d/b/a
COOPER ELECTRIC SUPPLY NY, LLC,

                  Plaintiff,

      -against-

P & D ELECTRIC OF HUDSON VALLEY, INC.
and EDWARD PIETROWSKI, JR.,

                 Defendants.
------------------------------------------------------------------X

Case No: 25-cv-476 (PMH)

**JUDGMENT**

      The Summons and Complaint in this action having been served on Defendants P&D Electric of Hudson Valley, Inc. ("P&D"), and Edward Pietrowski Jr. ("Pietrowski," together with P&D, the "Obligors"), pursuant to the Federal Rules of Civil Procedure, and the time for the Defendants to appear or answer having expired, and Plaintiff Cooper Electric Supply LLC, d/b/a Cooper Electric Supply NY, LLC ("Cooper"), having moved pursuant to Fed R. Civ. P. 55 and SDNY Local Rule 55.2 by Order to Show Cause dated March 26, 2025, and upon the Affidavit of Christopher Rubino sworn to March 18, 2025, and the exhibits annexed thereto, the Declaration of Jill Levi dated March 26, 2025, and the exhibits annexed thereto, the Memorandum of Law of Cooper dated March 26, 2025, for the entry of a default judgment: (i) Upon the First and Third Claims for Relief for Breach of Contract and Account Stated against P&D in the amount of $297,397.68, together with additional service charges at the rate of 18% per annum ("Service Charges") accrued and accruing on the principal amount of $284,774.57 (the "Principal Indebtedness") from August 25, 2024; (ii) Upon the Second Claim for Relief for Breach

of the Guaranty against Pietrowski in the amount of $297,397.68, together with additional Service Charges accrued and accruing on the Principal Indebtedness from August 25, 2024; (iii) dismissing without prejudice the Fourth Claim For Relief for attorneys' fees and collection costs; and (iv) upon all Claims for Relief, granting to Cooper such other and further relief as the Court deems just and proper; and

The Defendants having failed to respond to the Motion; and

The Honorable Philip M. Halpern having granted the Motion as stated on the record, it is;

**ORDERED AND ADJUDGED,** that Plaintiff Cooper Electric Supply LLC, d/b/a Cooper Electric Supply NY, LLC ("Cooper"), having a place of business at 315 Cranbury Half Acre Road, Cranbury, New Jersey 08512, shall recover against Defendant P&D Electric of Hudson Valley, Inc. ("P&D"), maintaining an address at 40 Old Glenham Road, Glenham, New York 12527, on the First and Third Claims for Relief and against Defendant Edward Pietrowski Jr. ("Pietrowski"), residing at 5 Meadow Lane, Beacon, New York 12508, on the Third Claim For Relief: in the principal amount of $284,774.57 (the "Principal Indebtedness"); plus billed service charges in the amount of $12,623.11; plus interest at the rate of 18% per annum accruing on the Principal Indebtedness from August 25, 2024 in the amount of $29,913.72, and a total judgment against P&D and Pietrowski, jointly and severally, is hereby entered in the amount of $327,311.40; and it is further

**ORDERED AND ADJUDGED,** that Plaintiff's Fourth Claim for Relief is hereby dismissed without prejudice.

JUDGMENT signed this __13__ day of __May__, 2025

_____
Honorable Philip M. Halpern
U.S.D.J.